JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichole Lea Noyer,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:21-cv-02158-AC<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  July 11, 2022 to September 9, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

three months, Counsel continues to work short periods throughout the day with significant breaks throughout. Counsel continues to attend physical therapy four days a week.

  Additionally, for the weeks of July 5, 2022 and July 11, 2022, Counsel for Plaintiff has 21 merit briefs, and several reply briefs.

  Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 27, 2022  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
  JONATHAN OMAR PENA
  Attorneys for Plaintiff

Dated: June 27, 2022  PHILLIP A. TALBERT
  United States Attorney
  PETER K. THOMPSON
  Acting Regional Chief Counsel, Region IX
  Social Security Administration

By: *\*/s/ Margaret Lehrkind*
  Margaret Lehrkind
  Special Assistant United States Attorney
  Attorneys for Defendant
  (*As authorized by email on June 27, 2022)

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  June 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE