```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARGARET LEHRKIND, SBN CA 314717
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (510) 970-4829
        Facsimile:  (415) 744-0134
        Margaret.Lehrkind@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLE LEA NOYER,<br><br>         Plaintiff,<br><br>    vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.: 2:21-cv-02158-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 27, 2022, up to and including November 26, 2022.

This is Defendant's first request for an extension.  As a result of a recent nation-wide reorganization of the Social Security Administration's Office of General Counsel, the undersigned Of Counsel for Defendant responsible for preparing Defendant's responsive brief to Plaintiff's motion for summary judgment is new to Office 7 of the Office of Program Litigation and new to Ninth Circuit litigation in general.  Thus, as part of our agency's processes it is

required that the undersigned Of Counsel's work product undergo additional levels of review. This process requires more time to complete. Additionally, unfortunately an unforeseen emergency matter has arisen this morning with respect to the Of Counsel's work with Social Security's Office of General Law that requires the undivided attention of the undersigned Of Counsel.

Plaintiff does not oppose the requested extension. Counsel apologizes to the Plaintiff and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:  October 25, 2022

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

/s/  Margaret Lehrkind
MARGARET LEHRKIND
Special Assistant United States Attorney
Attorneys for Defendant

Dated: October 25, 2022

PENA & BROMBERG, ATTORNEYS AT LAW

By:  /s/ Jonathan Omar Pena
JONATHAN OMAR PENA
Attorneys for Plaintiff
(*signature authorized via e-mail October 25, 2022)

Of Counsel:  Thomas Chandler, Attorney, Office of Program Litigation – Office 7

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to November 26, 2022, to file the Commissioner's responsive brief.

Dated: October 26, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE